No. 10-11234. Carl Alan Gentis, Petitioner v. Maggie Miller-Stout, Superintendent, Airway Heights Corrections Center.

565 U.S. 874, 132 S. Ct. 231, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6715.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-11236. Ronald Jennings Fogle, Petitioner v. Cathy Slack, et al.

565 U.S. 874, 132 S. Ct. 231, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6649.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 419 Fed. Appx. 860.

No. 10-11237. Richard Calvin Gipson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 874, 132 S. Ct. 232, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6451.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-11238. David O'Berry Hearn, Petitioner v. Florida, et al.

565 U.S. 874, 132 S. Ct. 232, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6974.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 410 Fed. Appx. 268.

No. 10-11239. Richard Adolphus Forde, Petitioner v. United States.

565 U.S. 874, 132 S. Ct. 232, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6677.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 740.

No. 10-11240. Raymundo Arias-Ceja, Petitioner v. United States.

565 U.S. 874, 132 S. Ct. 232, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6712.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 425 Fed. Appx. 569.

No. 10-11241. Craig Latwain Chestnut, Petitioner v. South Carolina Department of Corrections, et al.

565 U.S. 874, 132 S. Ct. 232, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 7086.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 304.

No. 10-11242. Marie W. Daniel, Petitioner v. Long Island Housing Partnership, Inc., et al.

565 U.S. 874, 132 S. Ct. 232, 181 L. Ed. 2d 130, 2011 U.S. LEXIS 6569,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.